**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                                                        Case No. 05-cr-176-01-PB

<u>Karrie McDonald</u>

**<u>O R D E R</u>**

The defendant has moved to continue the February 7, 2006 trial in the above case, citing the need for additional time to negotiate a plea agreement or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from February 7, 2006 to April 4, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on March 16, 2006 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 6, 2006

cc: Barbara Johnson, Esq.
    Robert Kinsella, Esq.
    United States Probation
    United States Marshal